1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROXANNE ARI,                              1:10-cv-00008-GSA (HC)

12           Petitioner,                        ORDER GRANTING MOTION
                                                TO PROCEED IN FORMA PAUPERIS
13       vs.
                                                (DOCUMENT #2)
14   MARY LATTIMORE,

15           Respondent.
     _____/
16

17          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19          Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20   prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22   See 28 U.S.C. § 1915.

23          IT IS SO ORDERED.

24       Dated:    **January 5, 2010**            _____ **/s/ Gary S. Austin**_____
                                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28