UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROXANNE ARI, | ) | 1:10-CV-00008 AWI GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING PETITIONER'S |
| | ) | MOTION FOR CERTIFICATE OF |
| v. | ) | APPEALABILITY |
| | ) | |
| MARY LATTIMORE, Warden, | ) | [Doc. #10] |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 20, 2010, the undersigned issued an order dismissing the petition for failure to state a cognizable claim for relief. Petitioner was informed that the majority of her petition appeared to involve conditions of her confinement, and not the legality or duration of confinement. To the extent that a tenable claim could be made, Petitioner was granted leave to file an amended petition. If Petitioner fails to file an amended petition in compliance with the Court's order, then the Court will issue a recommendation that the petition be dismissed and the case be closed. At this point, however, the case has not been terminated. Therefore, Petitioner's motion for a certificate of appealability is premature.

1  Accordingly, Petitioner's motion for certificate of appealability is DISMISSED. In light of
2  Petitioner's apparent confusion on the status of the case, she is GRANTED an extension of time of
3  thirty (30) days from the date of service of this order to file a "First Amended Petition" in
4  compliance with the Court's January 20 order.

6  IT IS SO ORDERED.
7  Dated:   February 9, 2010                    /s/ Gary S. Austin
                                                UNITED STATES MAGISTRATE JUDGE