UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROXANNE ARI,                                        1:10-cv-00008-AWI-GSA  (HC)

            Petitioner,
                                                    ORDER DENYING MOTION FOR
        vs.                                         APPOINTMENT OF COUNSEL

MARY LATTIMORE,
                                                    (DOCUMENT #20)
            Respondent.

_____/

        Petitioner has requested the appointment of counsel.  There currently exists no absolute

right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

justice would be served by the appointment of counsel at the present time.  The case has been

terminated and is on appeal to the Ninth Circuit Court of Appeals.  Petitioner is advised she should

present her motion directly to the Ninth Circuit.

        Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of

counsel is denied.

        IT IS SO ORDERED.

        Dated:    **May 20, 2010**            _____/s/ Gary S. Austin_____
                                              UNITED STATES MAGISTRATE JUDGE